# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

ERNEST HUANG and VICKI HUANG,

    Plaintiffs,

v.           Case No. 3:19-cv-803-J-32JBT

HONOR DEFENSE LLC,

    Defendant.

## O R D E R

Upon review of the parties' Joint Stipulation of Dismissal With Prejudice (Doc. 48), filed on April 23, 2020, this case is dismissed with prejudice. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 24th day of April, 2020.

*[signature]*

TIMOTHY J. CORRIGAN
United States District Judge

tnm
Copies:

Counsel of record